Friday,
June 7.

CROSS v. HURST.

APPEAL from the *Wabash* Circuit Court.

*Per Curiam.*—Suit on notes; judgment by default against defendant. No motion below to get rid of such judgment.

The judgment is affirmed, with 5 per cent. damages and costs.

*O. Blake, L. H. Goodwin* and *T. C. Whiteside*, for the appellant.